**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CASE NO. 3:21-CV-039-DCK**

|  |  |
|---|---|
| **RAY KIFER, JR.**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**ANSON COUNTY, SHERIFF LANDRIC REID, DAVID SCOTT BURROUGHS, DAVID SPENCER, KYLE BEAM, JOSH BEAM, JIMMY WILLIAMS.**<br><br>     **Defendants.** | **SUGGESTION OF DEATH OF DEFENDANT SHERIFF LANDRIC REID**<br>**(Fed. R. Civ. P. 25)** |

The undersigned counsel for Plaintiff notifies the Court and all parties of the death of Defendant Sheriff Landric Reid on September 21, 2022. Attached hereto as **Exhibit A** is a copy of the obituary of Mr. Reid appearing on the website of Smith's Funeral Home in Wadesboro, North Carolina. Plaintiff will follow this notice with a Motion for Substitution of Party pursuant to Fed. R. Civ. Pro. 25(a).

Respectfully submitted, this the 5th day of December, 2022.

/s/ Sonya Pfeiffer
Sonya Pfeiffer, NCSB# 37300
David S. Rudolf, NCSB# 8587
Joseph Lattimore NCSB# 46910
RUDOLF WIDENHOUSE
225 East Worthington Avenue
Suite 100
Charlotte, NC 28203
Telephone:  (704) 333-9945
Telefax:  (704) 335-0224
Email:      spfeiffer@rudolfwidenhouse.com
            dsrudolf@rudolfwidenhouse.com
            jlattimore@rudolfwidenhouse.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Suggestion of Death of Defendant Sheriff Landric Reid** was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof:

Scott MacLatchie
SMacLatchie@hallboothsmith.com
Attorney for Defendant Burroughs

Sean Perrin
Sean.perrin@wbd-us.com
Attorney for Defendants Beam, Beam, Spencer, and Williams

This 5th day of December, 2022.

/s/ Sonya Pfeiffer
SONYA PFEIFFER