Exhibit A

# Sheriff Landric Reid

Passed 09/21/2022



Share

    

SHARE A MEMORY

SEND FLOWERS

PLANT TREES

SUBSCRIBE

**OBITUARY & SERVICES**    GUEST BOOK (135)    SEND FLOWERS    PLANT TREES

MEMORIAL GIFT

## Obituary For Sheriff Landric Reid

Sheriff Landric Reid, son of the late Emmanuel Eugene Reid and Carolyn Ree Smalls, was born on June 24, 1964, in Concord, NC. He departed this life on Wednesday, September 21, 2022, at Atrium Health-Anson.

Educated in the public schools of Cabarrus County, Sheriff Reid was a 1984 graduate of Concord High School.

Sheriff Reid accepted Christ as his personal savior and grew up in Saint Peter's Lutheran Church, Concord, NC. He later became a member of New Zion Missionary Baptist Church, Peachland, NC.

Sheriff Reid joined the US Army in 1984 and was Honorably Discharged in 1988. While serving in the Army, his duties were Vehicle Repairer and Office Program Manager. He received four Army Achievement Medals, The Good Conduct Medal and numerous Certificates of Achievement. Sheriff Reid served in the NC National Guard from 1988-1990. He was employed by Rhone-Poulence Ag. in RTP, Raleigh, NC from 1988-1991.

In 1991, Landric joined the NC Highway Patrol. He served as a State Trooper for 23 years. During his time with the NC Highway Patrol, Trooper Reid served as Troop Cultural Awareness Coordinator from 1988-1999. In 2005, Trooper Reid received an Advanced Law Enforcement Certificate. He completed the Law Enforcement Character and Ethics Training in 2012 and in 2013, he was awarded the Old North State Governor's Award for Ethics.

Sheriff Reid served on the Executive Board for Anson County Toys for Tots and was the founder and coordinator of the Stride With Pride Shoe Drive. Sheriff Reid was the Co-Founder of The Shaundasia T. Smith Foundation, which serves high school students in Anson County by distributing food and backpacks, awarding a scholarship to a high school senior and a trophy to a member of the high school volleyball team.

In 2014, Landric ran for Sheriff of Anson County and WON! He became the first African American to serve as Sheriff of Anson County. Sheriff Reid was a graduate of the North Carolina Sheriff Leadership Institute and was a member of the North Carolina Sheriffs' Association. He fulfilled his call of duty until his unexpected death. Sheriff Reid will best be remembered for his integrity, character, courage and for never painting a picture of himself. Instead, he let his community service and dedication to the citizens of Anson County speak for him. His most famous saying was, "If you don't stand for something, you'll fall for anything." His presence in Anson County and North Carolina will be greatly missed.

He was preceded in death by his mother, Carolyn Ree Smalls; father, Emmanuel Eugene Reid; and granddaughter, Shaundasia T. Smith.

Left to cherish his precious memories are his loving wife of 27 years, Cassandra Reid of the home; his daughter, Christina Reid, Esq. of Washington, DC and her mother, Tina Harris; stepson, Shawn L. Smith of Polkton, NC; two brothers, Michael Belts of Concord, NC and Anthony Belts (Carolyn) of Kannapolis, NC; two sisters, Daphne Grier (Willie) of Hickory, NC and Bridgette Bennett (Richard) of Concord, NC; six sisters-in-law and six brothers-in-law. A host of nieces, nephews, cousins and friends.