IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER, JR., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DAVID SCOTT BURROUGHS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Substitute Party" (Document No. 45) filed December 22, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Substitute Party" (Document No. 45) is **GRANTED**. Harry B. Crow Jr., in his capacity as Administrator of the Estate of Landric Reid, shall be substituted for Sheriff Landric Reid, in his individual capacity, as a Defendant in this action.

**SO ORDERED**.

Signed: December 22, 2022

David C. Keesler
United States Magistrate Judge