

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

```
SBI CASE:    2018-00697  (994)
ACTIVITY:    March 8, 2018
VICTIM(S):   Raymond Leslie Kifer Jr.
COPIES:      (1) Case Records Management Section
             (2) ASAC B. D. Blackman
             (3) District Attorney W. R. Saunders
             (4) ASAC B. D. Blackman
             (5) SAC A. C. Bridges
```

**Darius Alexander Ellison, B/M/DOB: 11/24/1991 (Witness)**
```
Residence:   Not Provided, Telephone: 704-294-4022
Business:    Deputy, Anson County Sheriff's Office,
             119 North Washington Street, Wadesboro,
             North Carolina 28170, Telephone: 704-694-4188
```

Assistant Special Agent in Charge (ASAC) B. D. Blackman interviewed Anson County Sheriff's Office (ACSO) Deputy Darius Alexander Ellison at the ACSO on Thursday, March 8, 2018, beginning at approximately 8:45 p.m. No one else was present for this interview.

Ellison was interviewed concerning the traffic stop of Raymond Kifer Jr. and as well as Ellison's personal relationship with ASCO Deputy David Burroughs.

Ellison said he goes by Darius and has worked for the ACSO for 27 months. He attended Basic Law Enforcement Training (BLET) at South Piedmont Community College with Burroughs but Ellison was injured and had to repeat the program. His second time through BLET he attended Stanly Community College, graduating in October 2015. His highest level of education is two years of college but he did not obtain a degree. All of his law enforcement experience is with the ACSO.

He currently works on A shift with Sergeant (Sgt.) Willoughby, Corporal (Cpl.) Burroughs, and Deputy Spencer. He worked on March 7 and 8, 2018.

He met Burroughs when they attended BLET in 2013. They became very close and Ellison trusts Burroughs with his life. They hang out together outside of work and they hang

out with one another's families.  He trusts Burroughs and when he needs him, Burroughs is there.  He said Burroughs works his butt off.  Burroughs has never been married and has had two girlfriends and a separate relationship that resulted in the two having a baby.  Ellison said that half the time he did not think Burroughs cared for the women in his life because after work they would go hunting or fishing.  Burroughs preferred to hang out with his buddies but he was still finding time and hanging with his girls.  Ellison said the two girlfriends that he knew about were Brandy Goldsmith and Lela Vang.  He said he did not know the name of the girl with whom he has a child.  Burroughs cheated on Vang with that girl, whom was married at the time.  Her husband's brother works for the Sheriff's Office but according to Ellison, Burroughs did not know that.

Burroughs is involved in his child's life according to Ellison.  He was at Burroughs' family's house last Sunday eating dinner and the little girl was there.  He does not remember her name.

Ellison described Burroughs' relationship with Vang as most relationships that have their ups and downs like any young couple.  He knew Burroughs took care of Vang even if he (Burroughs) had to go without.  The two were engaged in October 2017 and that was when shit went downhill according to Ellison.  Vang was accusing Burroughs of cheating and hiding stuff.  Burroughs would call Ellison to vent.  Burroughs told him that Vang went home counting condoms and found one missing but according to Burroughs, she found it a day later.  In late November 2017, Ellison, his son, and Burroughs went hunting and Ellison's son left his chapstick at Burroughs' house.  Vang accused Burroughs of cheating so Ellison had to talk to her on speakerphone to tell her the Chapstick belonged to his son.  He said Burroughs has never talked to him about running around or cheating on Vang.

Ellison said Burroughs and Vang had problems with the mother of Burroughs' child.  He described the child exchange as being a problem because neither Vang nor the "baby mama" got along.  Burroughs was charged for assaulting the baby mama's boyfriend in the summer of 2017.  Ellison did not know the details of the assault and said Burroughs mentioned the incident a few times but Ellison could not remember what he said.  Ellison knew there was a confrontation and he felt like Burroughs needed to protect himself; so he did.

Ellison said Vang broke up with Burroughs. Burroughs came to work crying sometime in January saying she broke up with him. They got into Ellison's patrol car and rode around to talk about it. He remembered this occurred while on night shift but he did not know the exact day.

He said Vang and Burroughs lived together and were together for three years. He described Vang as acting funny after Burroughs got her a job at Premier Fabrics in Ansonville; which occurred prior to their engagement.

According to Ellison, after the breakup, Burroughs was packing his stuff from the house; which was owned by Vang's parents, when she arrived home and was talking on the phone to a guy. Ellison did not know how Burroughs figured out who it was but he told Ellison it was Raymond Kifer. Ellison did not know how long Vang and Kifer had been together but Vang told Burroughs that the two went to prom together. Ellison said he still did not know how Burroughs figured out who she was seeing.

Ellison said he did not know Kifer and would not know him if he came in the room and slapped him in the face. He then said he has seen a picture of Kifer on CJLeads because Burroughs pulled him up on the system and showed him the picture. He said Burroughs used his (Burroughs) terminal in the patrol car and typed in Kifer's name. This has occurred within the last month and they were in the ACSO parking lot. According to Ellison, Burroughs pulled the picture up on the terminal but he could not remember what Burroughs said about Kifer. He knew Burroughs ran his mouth a lot about Kifer and said if he was not in law enforcement, he would beat Kifer's ass. He said he knew Burroughs did not like Kifer but not to this extent. Burroughs knew Kifer was from Ohio but Ellison did not know how he knew that but said Burroughs and Vang still talk all the time.

Ellison spoke to Burroughs today while they were behind Anson Machine Shop assisting the Wadesboro Police Department with a foot pursuit. Burroughs said he was pissed off because administration was trying to say he planted dope in Kifer's car. Ellison knew about the arrest of Kifer because he heard Kifer's name over the radio.

Ellison said on March 7, 2018, he was at the child support office with Burroughs, ACSO Sgt. Bennett, ACSO Detective

3

(Det.) Drake, and Det. Erdmanczyk assisting with a maternity test. While there, he saw Burroughs on the phone with Vang. He did not know what they were talking about but added Burroughs talks to Vang daily. After moving out of her house, Vang called Burroughs and told him there was no food in the house so he bought her food. Ellison said Burroughs has been trying to get back with her. He said he knows Burroughs is jealous adding, "What man wouldn't be?"

Ellison said Burroughs never mentioned anything to him about setting up Kifer to be arrested. He said drug information about Kifer having drugs started about three weeks ago. Burroughs told him his cousin, Jarrett (LNU), was trying to look after his (Jarrett) older brother who was dealing with Kifer. Ellison was told by Burroughs that Kifer was dealing Marijuana to Jarrett's older brother who Ellison has never met, but he has met Jarrett. He again said Burroughs began talking to him about this three weeks ago. Burroughs said if Kifer was dealing drugs then somebody needed to put a stop to it. He told Burroughs if it was true then Burroughs needed to tell someone.

According to Ellison, Burroughs does not trust many people at the ACSO and that is why Ellison thinks he did not tell administration or narcotics.

Ellison said Burroughs talked about Kifer dealing drugs pretty much every shift. He did not know if Burroughs talked to anyone else about it but he knew Burroughs got the information from Jarrett. Ellison never talked to Jarrett about it personally and he never talked to anyone at the office about it.

Ellison said Burroughs did surveillance in his patrol car on Vang and Kifer. He received a phone call from Burroughs and told him when he got by himself to call him, which Ellison did. This was on Sunday morning, around 5 a.m. or 5:30 a.m., and he thought it may have been February 17, 2018. Ellison told him to meet him at the ACSO and they met in Ellison's patrol car. Burroughs said he had a recording of Vang and Kifer having sex. Burroughs told him he walked up to her bedroom window through the woods and recorded them having sex. Ellison did not know if the recording was audio or video recorded. He said Burroughs did not play it. Ellison said the recording was on Burroughs' personal phone, adding that Burroughs did not have an ACSO office phone.

According to Ellison, Burroughs said he had a bad feeling that something was going on and felt Vang was lying about having a get together at her house. Burroughs "staked" it out first and saw only two cars there and then snuck up to the house and got the recording. That was the last time he heard of Burroughs going to the house.

Ellison said he told Sgt. Willoughby about Burroughs going to the window and he switched their zones. He was not sure if Sgt. Willoughby told anyone and he has not worked with Willoughby in over a month.

He described Burroughs as having not been sleeping, eating, and has been very depressed about it. He felt Burroughs has been fine lately. Burroughs has informants for warrants as far as when they need to serve civil papers but he did not know who his informants are. He did not know if Burroughs has informants for drug purposes. Ellison knew that Burroughs' former girlfriend's family have given Burroughs information about criminals before.

Ellison said he knew Burroughs had a friend named Justin Cummins that Burroughs said would smoke Marijuana in front of him. He said Burroughs talks about Cummins all the time and they play guitar together. He said Burroughs lives with his parents since moving out of Vang's house. Ellison believed Burroughs lived in a double-wide trailer on 742 North just before Mt. Vernon Road on the left. He said Burroughs lived in the den of his parents' house.

Ellison said Burroughs and Vang were in an altercation at Vang's parent's house and Kifer got out of the car while there but nothing happened. Burroughs was at her parent's house to tell them what type of daughter she was. Burroughs was on duty at the time according to Ellison and it was also the same night that he made the recording of Vang having sex.

Ellison said Burroughs followed Kifer the day of the traffic stop and was trying to figure out who to get to stop him in order to keep himself from getting in trouble. Ellison said he recommended the Polkton Police Department but said Burroughs needed to explain the whole situation to them prior to them stopping Kifer. Burroughs told Ellison he was going to get Spencer to stop Kifer but Ellison felt like Spencer would fuck it up and told Burroughs not to use him.

5

Ellison knew Vang, her mom, and Kifer were at some law office in Wadesboro and Vang was driving Kifer's car, which is a "grayish blue" 2012 Toyota Corolla S. He thought the lawyer's name was Scarborough. Ellison has never seen the car but knows about it because of Burroughs. Burroughs told him what time they left the law office. Ellison said Burroughs never asked him to stop the vehicle but gave him the information about the car and informant in case he wanted to. Ellison did not know how Burroughs knew where Vang was at but assumed he sat there and followed her. He told Ellison if he wanted to stop Kifer, Vang had to be at work at 4 p.m., so he needed to be on 218 around 3:30 p.m., if wanted to get the drugs. Ellison told him he was not going to stop the car.

Burroughs called him yesterday saying he had lost the car and was pissed about it. He said Burroughs was adamant that the car needed to be stopped and called Ellison seven times at 1 p.m., 1:18 p.m., 1:27 p.m., 1:36 p.m., 1:38 p.m., 1:42 p.m., and again at 2:21 p.m. All were brief conversations and he specifically remembered Burroughs calling at 2:21 p.m., to tell him that Vang would be up and moving soon because he could check Facebook and saw that she was on it. Burroughs told him he called Chief Norris with the Polkton Police Department and asked if he could stop the car but the Chief said he had a meeting at 2 p.m., and would be unavailable.

Ellison knew Burroughs rode back by Vang's house and saw that Kifer's car was not there and panicked. Burroughs wanted Ellison to find it but he told him no. Burroughs told him he was at Wal-Mart looking for the car and Ellison did not know how Burroughs ended up finding them at the lawyer's office. He described Burroughs as freaking out because when Vang left the lawyer's office, she was driving, and he did not want the car to be stopped because Vang would be popped with the drugs. Burroughs called the Wadesboro Police Department and talked to Officer Capel about stopping the car but Ellison knew they were not stopped in the city.

Ellison heard on the radio that Kifer had been stopped and probable cause to search had been established.

Ellison last saw Burroughs when they were searching the woods and Burroughs got called to the office. Burroughs was adamant that Kifer be stopped yesterday. Burroughs

6

told him exactly where the drugs would be and said there was going to be Marijuana and some white powdery substance in the spare tire compartment. He told Ellison this on Tuesday, March 6, 2018, at 8 p.m., that drugs would be in the car. Burroughs also called Polkton Police Officer T. Hutchinson and ACSO Sgt. El Kobersy (sp?) to tell them about the drugs in the car. Ellison again said Burroughs seemed very adamant about the drugs in the car.

Ellison said Burroughs lives probably five to ten minutes from Vang's home. He drives a black Ford F-150 and a black Honda Accord Coupe. He said Burroughs' phone number is 704-690-1174 and he has a smart phone in a gray case.

Burroughs called Ellison at 6:42 a.m., on Wednesday, March 8, 2018, to say that Kifer did not get stopped on Tuesday night.

Ellison said Burroughs told him that while he was on the phone with Vang earlier that day, she said Ellison was following her and Kifer because she saw a black car. Ellison said he is currently driving a white Crown Vic and is not in his usual issued patrol car, which is a black Charger. He said Spencer drove a black Charger.

At the end of the interview, Ellison said he would call Burroughs if ASAC Blackman wanted him to and record the conversation. He said he did not know what to believe and wanted to hear what Burroughs had to say.

Ellison provided no further information.

This interview ended at approximately 10:19 p.m.

BDB:klb