Exhibit

M

exhibitsticker.com

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

```
SBI CASE:    2018-00697  (994)
ACTIVITY:    March 8, 2018
VICTIM(S):   Raymond Leslie Kifer Jr.
COPIES:      (1) Case Records Management Section
             (2) ASAC B. D. Blackman
             (3) District Attorney W. R. Saunders
             (4) ASAC B. D. Blackman
             (5) SAC A. C. Bridges
```

**David Wayne Spencer, W/M/DOB: 10/07/1983 (Witness)**
```
Residence:   Not Provided, Telephone: 704-695-6956
Business:    Deputy, Anson County Sheriff's Office,
             119 North Washington Street, Wadesboro,
             North Carolina 28170, Telephone: 704-694-4188
```

Assistant Special Agent in Charge (ASAC) B. D. Blackman interviewed Anson County Sheriff's Office (ACSO) Deputy David Wayne Spencer at the ACSO on Thursday, March 8, 2018, beginning at approximately 7:10 p.m. No one else was present for this interview.

Spencer was interviewed concerning his traffic stop of Raymond Kifer Jr. that occurred on Wednesday, March 7, 2018.

Spencer said he goes by his first name, David, and his title with the ACSO is Deputy. He began working with the ACSO on December 1, 2014, where he worked in the jail. He was sworn in as a deputy on December 21, 2015, and then went to Basic Law Enforcement Training at South Piedmont Community College in January of 2016. He graduated in May 2016. Prior to working with the ACSO he was active duty Air Force where he was assigned as security police for twelve and a half years. He is currently assigned to patrol the Morven area within Anson County.

He is assigned to A-Squad where his current supervisor is Sergeant Willoughby but the Sergeant (Sgt.) working during the traffic stop of Kifer was Sgt. K. Beam. Assigned to his squad are Sgt. Beam, Corporal (Cpl.) D. Burroughs, and Deputy D. Ellison. They have four zones on their shift with one deputy assigned to each zone. The patrol

Lieutenant (Lt.) is Ricky Little but he mainly works out of
the office according to Spencer. He worked Wednesday,
March 7, 2018, from 7 a.m. to 7 p.m., but checked on at
6:30 a.m. He worked routine patrol during the day where he
served some civil papers and warrants. He answered calls
like we was supposed to.

Spencer was called for Deputy assistance at the child
support office due to a sovereign citizen that was supposed
to be coming in to talk and they needed him to assist. He
went to the office around 2 p.m. or 2:30 p.m., but was told
he could leave because the person was not going to come.
Shortly after being at the office, he received a call on
his personal phone from Cpl. Burroughs and said the call
came in sometime between 2:30 p.m. and 3 p.m. He then said
for some reason 2:47 p.m., stuck out in his mind as to when
the phone call came in. It was noted he left his phone in
his car before coming to the interview. His phone rang
and it showed up as Cpl. Burroughs, so he answered the
phone. Burroughs told him he had an informant that told
him about a car that was going to be involved in some
narcotics activity. He gave Spencer the tag number, which
Spencer wrote down on a piece of paper and Burroughs told
him the number would come back to a Toyota Corolla. He
further said the informant said to pay special attention to
the trunk area of the car. Spencer said Burroughs was very
specific that narcotics would be in the trunk. Spencer
said he did not think too much about it at that point. He
then said Burroughs told him there was a strong possibility
that Lela (LNU) and her boyfriend would be in the car.
Spencer said when he found out that the car belonged to
Lela's boyfriend, it threw up red flags. Spencer said he
took Burroughs at his word and did what he was told to do
by a supervisor.

The sovereign citizen ended up showing up at the child
support office. A call came out in Spencer's zone but
Burroughs told him not to worry about it because he would
take care of the call. Burroughs told him the Corolla was
going to be coming back and forth on Ansonville-Polkton
Road and it would be coming through between 3:15 p.m. and
4 p.m. Spencer then headed to the area alone and began
looking for the car. He said he actually saw the car or at
least it was the type of car but he could not get close
enough to see the tag. The car was turning off of 218
going on Ansonville-Polkton Road, going towards Ansonville.
At that point, he called Sgt. Beam and told him he thought

2

he had seen the car but was not sure because it was about four to five cars ahead of him on a two lane road. He said Beam told him to call Burroughs to try to get some more information so he did. He told him that he thought he had the car but was not sure and then he asked him who his informant was. Burroughs told him that it was the right time of day that the car should be traveling that road.

Spencer could not get close enough to the car so he ended up going to his dad's house at 3339 Cameron Road so he could use the bathroom and get some tea. He stayed there for about 15 to 20 minutes, left, and went to Ansonville. He drove around Ansonville for a little while with intentions of going back to Polkton if he did not see the car. He saw the car on Ansonville-Polkton Road after he turned onto it from Highway 52 to Plank Road and then Ansonville-Polkton Road. He saw what he believed to be the vehicle and got close enough to see the vehicle was in the center or the road driving at a high rate of speed, which he approximated to be 60 mph in a 35 mph zone. He cut his blue lights on prior to seeing the tag. The Corolla immediately pulled over in front of 1073 Ansonville-Polkton Road. Spencer got out of his car, touched the left tail light, and could smell a faint smell of Marijuana, and then he went to the driver's door. He said the Marijuana smelled like old Marijuana that was in the driver's clothes or had been smoked. He asked the driver, Kifer, if he had smoked Marijuana and was told no that he does not smoke Marijuana. Spencer got Kifer's driver's license and went about writing the citation for the traffic infraction. He left Kifer in the car and Spencer returned to his patrol car to work on the citation.

Spencer described Kifer as being real nervous. While writing the citation, he called Sgt. Beam to tell him what he had and Beam said he was in route. Kifer was very respectful and nice. Spencer asked Kifer for consent to search the car for narcotics due to the smell of Marijuana. Kifer gave consent and said he did not do drugs. Spencer patted Kifer down and placed him in the backseat of his patrol car with no handcuffs on. He left the window down on the patrol car and allowed Kifer to keep his cell phone.

Once securing Kifer, Spencer began his search of the interior of the car. He started at the driver's seat, center console, under the seat, back of driver's seat, back passenger's seat, under the passenger's seat, and then he

3

moved to the front passenger's seat and glove compartment. He did not find anything or locate anything. Beam arrived and they both went to the trunk of the vehicle, where according to Spencer, Beam noticed a faint smell of Marijuana. They opened the trunk and he saw a lot of spray paint cans but did not locate any narcotics. Once he opened the "flap" in the trunk where the spare tire is located, he found a black or dark gray plastic envelope that was see through. It contained what Spencer believed to be Marijuana and some off-white powdery substance.

Spencer photographed the narcotics and with a gloved hand, he removed it from the trunk and placed it in an evidence bag. Sgt. Beam then called Lt. J. Beam to tell him what they had and he came to the scene. Spencer saw a debit card under the envelope with Kifer's name on it and it still had the activation sticker on it.

Once locating the narcotics, he placed Kifer in handcuffs behind his back. Kifer began asking what they found but Spencer did not tell him. Kifer said he did not know what they found that would justify them putting him in handcuffs. About that time, Lt. Beam and Lt. Williams showed up and took over from there. Lt. Beam took possession of the suspected narcotics and they took Kifer with them. Spencer stayed to wait on R&R Towing Service, which towed Kifer's car to Pearson's Truck Services located across from Wal-Mart in Wadesboro.

Spencer did not call Burroughs to tell him he got the car and found narcotics.

Lt. Little then called Spencer and started asking him questions. He asked him if he knew that Burroughs' ex-girlfriend and her new boyfriend were supposed to be in the car and Spencer told him no. Lt. Little requested him to come to the office and Spencer was interviewed by Lt. B. Tice and Lt. Beam and Lt. Little were present.

Spencer did not talk to Burroughs after the last time they talked when Burroughs took the call for Spencer and he began looking for the Corolla. He was told to not talk about the incident from Lt. Tice and he has not.

Spencer said his shift today began at 7 a.m., and he went to breakfast with all the guys on the shift to include Burroughs. He described it as awkward because Burroughs

4

maybe said five words during breakfast, which was unusual.
He did not ask Spencer about the stop with Kifer. Spencer
was assigned to work Zone 1, which is Burroughs' usual zone
and Burroughs worked as far as Spencer knew. They again
met for lunch at Arby's and Burroughs did not say anything
to Spencer and he did not talk to Burroughs. Everyone was
at lunch on the squad to include Polkton Police Officer T.
Hutchinson and a NC State Trooper. No one talked about the
incident that Spencer knew of while at lunch.

Spencer has known Burroughs since they were put on the
shift together but he did not know the exact timeframe.
They have been fishing one time with Deputy Ellison and he
does not know Burroughs on a personal level. They only
socialize while at work.

He described Burroughs as a good deputy that is
knowledgeable of the roads in the county. He knew
Burroughs just broke up with his fiancée, Lela, but does
not know when they broke up. He came to work one night
pissed off and told the whole crew about the break up.
Spencer said this was unusual because Burroughs is pretty
laid back. He told them they broke up but did not go into
detail. Spencer tries to stay out of people's business and
said he did not know when or the plan for Burroughs and
Lela's wedding. Burroughs has told him Lela was already
seeing someone else but he did not know the guy's name at
the time. He described Burroughs as being pretty upset
about it.

Spencer does not know any specifics about Burroughs'
personal life with women. Burroughs never mentioned
anything to Spencer about Lela's new boyfriend being into
drugs or anything illegal. He did not know if Burroughs
had confidential informants, saying Burroughs is not a
narcotics detective. Burroughs and Ellison stop a lot of
cars but Burroughs does not make a lot of drug seizures
that Spencer knows of.

Spencer has met Lela once when she ate a meal with the
squad but he was not sure if it was morning or night shift.
He did not remember when Burroughs and Lela broke up, but
he guessed it was before Valentine's Day. Burroughs has
told Spencer he was still upset about the break up but
Spencer could not remember specifically what Burroughs said
about it.

Spencer provided no further information.

This interview ended at approximately 8:28 p.m.

BDB:klb