# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Agency Name | Incident Number |
|---|---|
| Anson County Sheriff's Office | 2018-00304 |

**ORI**
NC0040000

**Date / Time Reported** S M T **W** T F S
Month 03 | Day 07 | Yr 2018 | Time 15:46 Hrs.

| | Crime / Incident(s) | ☐ Attempt ■ Complete | At Found S M T **W** T F S Month 03 Day 07 Yr 2018 Time 15:43 Hrs. | Last Known Secure S M T **W** T F S Month 03 Day 07 Yr 2018 Time 15:42 Hrs. |
|---|---|---|---|---|
| #1 | 35B - Drug Violations - Equipment/Paraphernalia - | | | |
| #2 | Crime Incident 90Z – Driving left of center | ☐ Attempt ■ Complete | Location of Incident 1073 ANSONVILLE POLKTON RD, Wadesboro, NC 28170 | Offense Tract |
| #3 | Crime Incident | ☐ Attempt ☐ Complete | Location/Premise 13 - Highway/Road/Alley/Street/Sidewalk | Victim Residence Type ☐ Single Family ☐ Multi Family |

**MO**

| How Attacked or Committed | Method Of Entry | Weapon / Tools |
|---|---|---|
| Narcotics located during traffic stop | ☐ Force ☐ No Force | |

**VICTIM**

| # of Victims | Type: ☐ Person ☐ Business ☐ Society ■ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk | Injury: ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major | Drug/Alcohol Use: ☐ Yes ☐ Unknown ☐ No |
|---|---|---|---|
| 1 | | | |

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # 1,2 | DOB / Age | Race | Sex | Relationship To Offender | Resident Status ☐ Resident ☐ Non-Resident ☐ Unknown |
|---|---|---|---|---|---|---|---|
| V1 | | | | | | | |

| Home Address | Home Phone |
|---|---|
| 119 North Washington St., Wadesboro, NC 28170 | (704) 694-4188 |

| Employer Name/Address | Business Phone |
|---|---|
| ACSO | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V = Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

**PROPERTY**

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCt | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ID**

| Officer Name | ID# | Officer Signature | Supervisor Signature |
|---|---|---|---|
| Deputy David Spencer | 22756 | | |

**STATUS**

| Complainant Signature | Case Status ■ Active ☐ Closed by Arrest ☐ Closed by Exception ☐ Closed by Other Means ☐ Inactive ☐ Unfounded ☐ Located (Missing Person and Runaways only) | Exceptional Clearance: ☐ Death of Offender ☐ Prosecution Declined ☐ In Custody of Other Jurisdiction ☐ Victim Refuse to Cooperate ☐ Juvenile/No Custody ☐ Not Applicable |
|---|---|---|

Page 1 of 3

DCI-600F

Rev. 3/92

| Incident Number |
| --- |
| 2018-00304 |

**Status Codes:** 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Criminal Activity |
| --- | --- | --- | --- | --- | --- |
| | | | | | P-Possessing/Concealing |
| | | | | | |
| | | | | | |

## OFFENDER

| Offender Used | Yes | No | N/A |
| --- | --- | --- | --- |
| Alcohol | ☐ | ☐ | ☐ |
| Drugs/Narcotics | ☐ | ☐ | ■ |
| Computer | ☐ | ☐ | ■ |

Offender 1  Age: 25  Race: W  Sex: M

Age:   Race:   Sex:

Age:   Race:   Sex:

Age:   Race:   Sex:

Age:   Race:   Sex:

Age:   Race:   Sex:

**Primary Offender Resident Status**
■ Resident
☐ Non-Resident
☐ Unknown

## SUSPECT

**Name (Last, First, Middle):** Kifer, Raymond
**Alias or Nickname:**
**Home Address:** 6118 Huggins Dairy Rd, Marshville, NC 28103

**Occupation:**
**Business Address:**

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1993 \| 25 | W | M | | | | | | | |

**Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics):**

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
| --- | --- | --- | --- |
| | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
| --- | --- | --- | --- | --- | --- | --- |
| 2012 | TOYOTA | COROLLA | | | ELY9319 / NC | 5YFBU4EE89CPO22802 |

## WITNESS

| Name (Last, First, Middle) | DOB / Age | Race | Sex | Incident Number |
| --- | --- | --- | --- | --- |
| | | | | |

| Home Address | Home Phone | Employer | Phone |
| --- | --- | --- | --- |
| | | | |

**Suspect Hate / Bias Motivated:** Yes ☐  No ■  88-None (No Bias)

## NARRATIVE

On 3/7/18 somewhere between 1430 and 1500hrs, Cpl.Burroughs told me that he had information from an informant/source about a vehicle suspected to be involved with narcotics actions. I asked him if he could tell me who his informant/source was and he wouldn't say. He said that it would be between the Polkton area anywhere between 1515 to 1600. He provided me with a registration Tag number and told me to go and patrol and Polkton/Ansonville area so I did. I located what I believed to be the car turning onto Ansonville Polkton Rd. heading to Ansonville.

I attempted to get close to it to see if it was the vehicle. It was about 4-5 cars ahead of me, I couldn't get close enough to read TAG, it did not commit traffic violations. I called Sgt Beam and advised him of what I had and he said he would leave the ball field and meet me and to call CPL. Burroughs to get some more information. I called CPL Burroughs to try and get some more detailed information and he couldn't provide none so I turned onto Cameron Rd. to get something to drink and use the bathroom. I stayed there for around 15-20 minutes and headed to the Ansonville area.

I patrolled the Ansonville area for a while and was starting to make my way back to Polkton and located what I believed to be the vehicle traveling at a high rate of speed and crossing the center line. I cut my blue lights on and as the vehicle pulled to the side of the road. I saw that the TAG number met the information CPL Burroughs gave me. I approached the drivers side of

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Anson County Sheriff's Office | NC0040000 | ■ INVESTIGATION  ☐ ARREST  ☐ SUPPLEMENTARY INV. | 2018-00304 |

**Narrative**

the vehicle and detected a faint odor of Marijuana. I told the driver (Raymond Kifer) why I pulled him over and asked for his licence. He provided me with his licence and I went back to my patrol vehicle to work on my citation. I called Sgt. Beam and told him what I had and he said he would be there shortly. I pulled him out and told him what I smelled and asked if he had smoked any Marijuana lately and he said no. He told me that I could look through the car because he had nothing to hide.

I patted him down for weapons and sat him in the back of my car (Officer Safety) and put the window down. I searched the passenger area and did not locate anything. Sgt. Beam arrived and we moved to the trunk. When we opened the trunk, we smelled a stronger odor of Marijuana and a chemical smell.we searched the entire trunk. Then we opened the passenger tire compartment. When we opened the compartment, I saw a black plastic envelope containing what I believed to be Narcotics. I photographed and moved to an evidense bag. Below the envelope, behind the tire was a debit card with drivers name on it. I photographed and moved to evidence. Driver was then placed in handcuffs and placed back in the car.

Lt. Beam and Lt. Williams were contacted from Detectives division to assist with the investigation. And, to help identifying some of the narcotics. They arrived and wanted to interview driver so I released him in their custody. Lt. Beam took control of evidence and they departed scene. I waited for the tow company to get the vehicle and came to the Magistrates office. I spoke with Lt. Beam and he provided me with information which led me to believe that driver had no knowledge of the suspected Narcotics.

I provided testimony to Magistrate Leviner. He found no probable cause to issue warrants against driver for the suspects narcotics and he was released with a traffic citation.

No further at this time.

| Officer Name / ID | Officer Signature | Page 3 |
|---|---|---|
| Deputy David Spencer - 22756 | | of 3 |