3-7-18

David Burroughs:

- Stated that he and Lela broke up around the middle of Jan.

- Stated that they lived together for a couple of weeks after broke up. but still lived together as a couple.

① - Stated that he moved out around the first of Feb.

- Stated that about a week later he was working night shift and when he went to her parents house to ask about getting some items off the porch.

- Stated that he went and knocked on the door and that Lela pulled up in front of his patrol car and then Ray pulled up behind his car.

- Stated that Lela wanted to talk but since Ray was there he didn't want any problems and left.

- Stated that around 2:00pm he went to her house to talk to her. Stated that when he pulled up at the house that he noticed several cars at the

house and said he could hear people in the house and thought he heard someone having sex in the house. So he left.

- Stated that this was after Sgt. Willoughby told him not to go to the house.

- Stated that since then he has talked to her a few times a week as they would just talk about how each was doing.

②

- Stated that the only time he has been back was to get his stuff.

- Stated that he received into a week and half ago that Ray was selling drugs. Stated he got the info from his Cousin Dillian Williams who buys weed from Ray brother Jordan & Ray.

- Stated that on Tuesday March 4, 2017 at 12:00pm that he received a call from Dillian that Ray was going to Charlotte or Concord to pick up some drugs.

- Stated that around 8:00pm that he received a call from Dillian that he had set up a deal with Ray & that he seen weed a white powder substance in the trunk spare tire & compartment

Confidential                                    ACSO-0012

- Stated that he called Pollcton P.D. Darius & Sgt. Kobany.

- Stated that if he waits to around 12:00am that Lala would be in the car.

- Stated that he called Darius this morning and told him that they didn't get stopped. Stated that Darius ask him if he wanted to stop and he told him that he knew where & what time it would be.

③

- Stated that he also called Chief Norris.

- Stated that Darius told him that he has spoke with Josh & Jimmy about it.

- Stated that he told David Spencer 1:00 or 2:00pm. that he told him that Spencer all the details about travel and where the drugs would be.

- Stated that around 3:00pm that David called him and said that he has P.C. to stop but Lela was driving. Stated that he told ~~Da~~ Burroughs that ~~he~~ if he stopped her and there were drugs in the car, she would be

Confidential
ACSO-0013

arrested. Stated that he told David to do what he wanted to do.

- Stated this was the last time he spoke with David.

- Stated that he informed Sgt. Bean of the incident and that his instructions were to get someone to stop them but you don't need to be any where around.

④ - Stated that he got a call from Lela that Darius was follow her

- Stated that he called Sgt. Bean and spoke with him about what they found.

- Stated that he met Darius at the High school & told him that he was going to have to answer questions

- Stated that he spoke to Lela and told her that Ray was caught with drugs and that he had told the other shift to stop them if they could and they couldn't so he told Polkton P.P. & his guys to stop it. Stated that around 6:30 that Lela called him to

Confidential                                    ACSO-0014

come over to talk with her and she didn't have a key to get in the house. Stated that she asked him about the stop again and that they hugged and kissed him on the cheek he stayed for about 10 minutes.

- Stated that they he ran Ray info through C.J. leads at least three different occions.

(5)