IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| RAY KIFER, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID SCOTT BURROUGHS, DAVID SPENCER, KYLE BEAM, JOSH BEAM, JIMMY WILLIAMS, ANSON COUNTY, and HARRY B. CROW, JR., as Administrator Of The Estate Of Landric Reid, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Based on Defendants' pending "…Motion For Summary Judgment" (Document No. 51) and Court scheduling conflicts, the undersigned has determined that a trial of this case, if necessary, must be postponed to the undersigned's next trial term.[1]

**IT IS, THEREFORE, ORDERED** that this matter is rescheduled for the undersigned's trial term beginning **August 28, 2023**.

**SO ORDERED**.

Signed: April 21, 2023

David C. Keesler
United States Magistrate Judge

---

[1] The undersigned notes that all Defendants have joined the pending "…Motion For Summary Judgment" (Document No. 51), except Defendant Burroughs.