IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER, JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID SCOTT BURROUGHS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Due to scheduling conflicts and the need for additional time for preparation, the undersigned has determined that a trial of this case, if necessary, should be postponed to the undersigned's October trial term.

A Status and Motions Hearing is still scheduled for August 3, 2023.

**IT IS, THEREFORE, ORDERED** that the trial of this matter is rescheduled for the undersigned's trial term beginning **October 23, 2023**.

**IT IS FURTHER ORDERED** that a Final Pretrial Conference is scheduled for **October 17, 2023**, at 2:00 pm in Courtroom 1A of the Charles R. Jonas Federal Building.

**SO ORDERED**.

Signed: June 26, 2023

David C. Keesler
United States Magistrate Judge