IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER, JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID SCOTT BURROUGHS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceedings Pending Order On Appeal" (Document No. 84) filed September 27, 2023. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceedings Pending Order On Appeal" (Document No. 84) is **GRANTED**. This case is hereby **STAYED** pending resolution of Defendants' appeal. See (Document No. 80).

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report two weeks after the Fourth Circuit resolves the appeal.

**SO ORDERED**.

Signed: September 27, 2023

David C. Keesler
United States Magistrate Judge