IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID SCOTT BURROUGHS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on issues raised in the "Joint Status Report Of The Parties" (Document No. 87) filed June 28, 2024. The Court finds that a hearing would be helpful to discuss the parties' positions on a few issues: (1) "Plaintiff's Motion For Leave To File Second Amended Complaint" (Document No. 78); (2) scheduling of this matter for trial; and (3) the impact of the declaratory judgment action referenced in the Status Report on this action. Furthermore, no reply brief has been filed in support of Plaintiff's motion to amend, and therefore the undersigned will direct that such a reply be filed.

**IT IS, THEREFORE, ORDERED** that the Court will hold a status hearing on **Tuesday, July 30 at 10:00am** in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202.

**IT IS FURTHER ORDERED** that Plaintiff shall file a reply brief in support of "Plaintiff's Motion For Leave To File Second Amended Complaint" (Document No. 78) on or before **July 12, 2024**.

**SO ORDERED**.

Signed: July 1, 2024

David C. Keesler
United States Magistrate Judge