FILED: July 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1949
(3:21-cv-00039-DCK)
_____

RAY KIFER, JR.

     Plaintiff - Appellee

v.

HARRY B. CROW, JR., as Administrator of the Estate of Landric Reid; DAVID SPENCER, in his individual capacity; KYLE BEAM, in his individual capacity; JOSH BEAM, in his individual capacity; JIMMY WILLIAMS, in his individual capacity

     Defendants - Appellants

and

ANSON COUNTY; DAVID SCOTT BURROUGHS, in his individual capacity

     Defendants

_____

M A N D A T E
_____

The judgment of this court, entered June 14, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*