IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| RAY KIFER, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DAVID SCOTT BURROUGHS, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Substitute Party" (Document No. 90) filed July 10, 2024. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Substitute Party" (Document No. 90) is **GRANTED**. Scott Howell, in his official capacity as the acting Sheriff of Anson County, shall be substituted for Sheriff Landric Reid, in his official capacity, as a Defendant in this action.

**SO ORDERED**.

Signed: July 11, 2024

David C. Keesler
United States Magistrate Judge