IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID SCOTT BURROUGHS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for entry of a scheduling order following the Court's August 13, 2024 Status Hearing. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). The Court will establish the following deadlines, as set forth below. A trial date will be set as soon as possible, with the trial to take place in either January or February 2025.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file his Second Amended Complaint on or before **August 20, 2024**.

**IT IS FURTHER ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Second Amended Complaint on or before **September 10, 2024**.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed on or before **October 1, 2024**.

**SO ORDERED**.

Signed: August 13, 2024

David C. Keesler
United States Magistrate Judge