IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:21-CV 00039

| RAY KIFER JR., | |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT OF THE PARTIES |
| DAVID SCOTT BUROUGHS, ET AL. | |
| Defendants. | |

Plaintiff Ray Kifer Jr. and Defendants, David Scott Burroughs, David Spencer, Kyle Beam, Josh Beam, Jimmy Williams, Sheriff Scott Howell and Harry B. Crow, Jr., as Administrator of the Estate of Landric Reid, (collectively, the "parties"), pursuant to this Court's December 31, 2024 Order [D.E. 103], met by telephone on January 9, 2025, and hereby submit this Joint Scheduling Report:

1. The parties are ready for the trial of this matter and prepared to attend a pretrial conference with the Court. All parties, including Defendant Burroughs, will be represented by counsel at trial.

2. The parties have determined that settlement of this matter is not likely and the case should be set for trial expeditiously.

3. The parties are available the weeks of March 24, 2025 and March 31, 2025 for the trial of this matter. Due to potential conflicts the week of March 24, 2025, the week of March 31, 2025 is strongly preferred by the parties if that week is suitable to the Court and other Court calendars.

1

Respectfully submitted this 10th day of January, 2025.

/s/ Sonya Pfeiffer
Sonya Pfeiffer, NC Bar No. 37300
David Rudolf, NC Bar No.: 8587
Joseph Lattimore, NC Bar No.: 46910
Pfeiffer Rudolf
2137 South Blvd., Suite 300
Charlotte, NC 28203
704-333-9945
Fax: 704-335-0224
Email: spf@pr-lawfirm.com
dsr@pr-lawfirm.com
jpl@pr-lawfirm.com

*ATTORNEYS FOR PLAINTIFF*

Sean Perrin
Sean.perrin@wbd-us.com
Attorney for Defendants Sheriff Scott Howell, Harry B. Crow, Estate of Landric Reid, J. Beam, K. Beam, D. Spencer and J. Williams

Scott MacLatchie
smaclatchie@hallboothsmith.com
Attorney for David Burroughs

2

CERTIFICATE OF SERVICE

  I hereby certify that on January 10, 2025 I electronically filed the foregoing using the CM/ECF system. Notice of filing will be sent to all parties by operation of the court's electronic filing system.

<u>/s/ Sonya Pfeiffer</u><br>
Sonya Pfeiffer