# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-039-DCK

| | |
|---|---|
| RAY KIFER JR., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| DAVID SCOTT BURROUGHS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Status Report of the Parties" (Document No. 104) filed January 10, 2025, and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

By the instant filing, the parties assert that they "are ready for trial" and strongly prefer that this matter be scheduled for trial beginning on March 31, 2025. The undersigned will grant the parties' request. In addition, counsel for the parties are respectfully reminded to review the deadlines in the "Case Management Order" (Document No. 15, pp. 6-10). If the parties wish to amend any of the Pretrial Procedures or deadlines, they shall confer and file an appropriate motion on or before **January 31, 2025**.

**IT IS, THEREFORE, ORDERED** that this matter is scheduled for trial beginning at 9:00 am on **March 31, 2025**, in the Charles R. Jonas Federal Building & Courthouse.

**IT IS FURTHER ORDERED** that the parties shall appear for a Final Pretrial Conference at 10:00 am on **March 20, 2025**.

**SO ORDERED**.

Signed: January 16, 2025

David C. Keesler
United States Magistrate Judge