IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 3:21-CV-00039

| | |
|---|---|
| RAY KIFER, JR.,<br><br>           Plaintiff,<br><br>v.<br><br>DAVID SCOTT BURROUGHS, in his individual capacity, DAVID SPENCER in his individual capacity, KYLE BEAM in his individual capacity, JOSH BEAM in his individual capacity, and JIMMY WILLIAMS in his individual capacity, Sheriff Scott Howell and Harry B. Crow, Jr., as Administrator of the Estate of Landric Reid,<br><br>           Defendants. | **PLAINTIFF'S MOTION TO DISMISS DEFENDANT DAVID BURROUGHS** |

      Plaintiff, Ray Kifer, Jr., through undersigned counsel, and pursuant Federal Rule of Civil Procedure 41(a)(2), respectfully files this Motion to Dismiss Defendant David Burroughs from this action.

      In support of this motion, Plaintiff shows the Court the following:

      1.      Counsel for David Burroughs stipulates to the voluntary dismissal of Burroughs.

      2.      Counsel for Defendants David Spencer, Kyle Beam, Josh Beam, Jimmy Williams, Sheriff Scott Howell and Harry B. Crow, Jr., as Administrator of the Estate of Landric Reid, has declined to stipulate to a voluntary dismissal or consent to this motion.

      3.      Consideration of the appropriate factors under Rule 41(a)(2), support granting Plaintiff's motion to dismiss Defendant Burroughs.

      WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, and in the interests of Justice, Plaintiff requests that this Court grant this motion to Dismiss Defendant Burroughs.

Respectfully submitted this 17th day of January, 2025.

        s/ Sonya Pfeiffer
        Sonya Pfeiffer, NC Bar No. 37300
        David S. Rudolf, NC Bar No. 8587
        Joseph Lattimore, NC Bar No. 46910
        PFEIFFER RUDOLF
        2137 South Boulevard, Suite 300
        Charlotte, NC 28203
        Telephone: (704) 333-9945
        Facsimile: (704) 335-0224
        spf@pr-lawfirm.com
        dsr@pr-lawfirm.com
        jpl@pr-lawfirm.com
        *Attorneys for Plaintiff Ray Kifer, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof:

Scott MacLatchie
SMacLatchie@hallboothsmith.com
*Attorney for Defendant Burroughs*

Sean Perrin
Sean.perrin@wbd-us.com
*Attorney for Defendants Beam, Beam, Spencer, and Williams*

This 17th day of January, 2025.

                                                    s/ Sonya Pfeiffer
                                                  SONYA PFEIFFER