IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 3:21-CV 39

| | |
|---|---|
| RAY KIFER, JR.<br><br>    Plaintiff,<br><br>v.<br><br>HARRY B. CROW, *et al.*,<br><br>    Defendants. | **MOTION FOR SPECIAL INTERROGATORIES** |

Defendants move this Court to submit special interrogatories to determine Defendants' entitlement to qualified immunity and public official immunity.

This Motion is based upon the accompanying memorandum and court file in this action. Pursuant to Local Rule 7.1 (b), Defendants have consulted with Plaintiff who does not consent to this motion.

Respectfully submitted, this the 14th day of March, 2025.

                                                 **WOMBLE BOND DICKINSON (US) LLP**

                                               */s/Sean F. Perrin*
                                               Sean F. Perrin (NCSB No. 22253)
                                               Michael A. Ingersoll (NCSB No. 52217)
                                               301 S. College Street, Ste. 3500
                                               Charlotte, North Carolina 28202
                                               Telephone No. (704) 331-4900
                                               Fax No. (704) 444-9979
                                               E-mail: Sean.Perrin@wbd-us.com
                                               E-mail: Mike.Ingersoll@wbd-us.com

                                               *Counsel for Defendants*