IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-0039-DCK

| | |
|---|---|
| RAY KIFER, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT HOWELL, et al.,<br><br>    Defendants. | **PLAINTIFF'S MOTION IN LIMINE TO DECLARE WITNESS DEPARTMENT OF HOMELAND SECURITY SPECIAL AGENT JOSE MANOLITO DUGGER UNAVAILABLE** |

NOW COMES Plaintiff, Ray Kifer, Jr., by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 32 and Federal Rule of Evidence 804(a)(5), and hereby moves for an order declaring Department of Homeland Security Special Agent Jose Manolito Dugger ("Dugger") as an unavailable witness for the trial of this matter set for March 31, 2015 and admitting as substantive evidence Agent Dugger's responses to his written deposition. Plaintiff respectfully requests this ruling for the reasons stated in Plaintiff's Memorandum in Support being filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that the court enter an order declaring Department of Homeland Security Special Agent Dugger unavailable and admitting as substantive evidence Agent Dugger's sworn written deposition responses pursuant to FRCP 32(a)(4)(D) and FRE 804(A)(5).

Respectfully submitted this the 14th day of March 2025.

s/ Sonya Pfeiffer
Sonya Pfeiffer, NC Bar No. 37300
David S. Rudolf, NC Bar No. 8587
Joseph Lattimore, NC Bar No. 46910
**PFEIFFER RUDOLF**
2137 South Boulevard, Suite 300
Charlotte, NC 28203
Telephone: (704) 333-9945
Facsimile: (704) 335-0224
spf@pr-lawfirm.com
dsr@pr-lawfirm.com
jpl@pr-lawfirm.com
*Attorneys for Plaintiff Ray Kifer, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof:

Sean Perrin
Sean.perrin@wbd-us.com
*Attorney for Defendants Howell, Beam, Beam, Spencer, Williams and Crow*

This 14th day of March 2025.

s/ Sonya Pfeiffer
SONYA PFEIFFER
