IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-0039-DCK

| | |
|---|---|
| RAY KIFER, JR., <br><br>           Plaintiff, <br><br>v. <br><br>SCOTT HOWELL, et al., <br><br>           Defendants. | **JOINT NOTICE OF SETTLEMENT** |

NOW COME the Parties, by and through their undersigned counsel, to provide notice to this Honorable Court that they have reached an agreement in principle to settle Plaintiff's claims in this matter and are in the process of finalizing the terms of the written settlement agreement. It is anticipated that the settlement agreement will be finalized during the week of March 24, 2025.

To avoid additional filings, unnecessary expense, and to assist the Court in managing its docket, the Parties respectfully ask the Court to stay all pending deadlines, including all pretrial deadlines and the trial presently set to begin on March 31, 2025, through April 11, 2025 to allow the parties to finalize the settlement documents. The Parties anticipate filing a Stipulation of Dismissal within 14 days.

Respectfully submitted this the 20th day of March 2025.

| | |
|---|---|
| s/ Sonya Pfeiffer <br> Sonya Pfeiffer, NC Bar No. 37300 <br> David S. Rudolf, NC Bar No. 8587 <br> Joseph Lattimore, NC Bar No. 46910 <br> **PFEIFFER RUDOLF** <br> 2137 South Boulevard, Suite 300 <br> Charlotte, NC 28203 <br> Telephone: (704) 333-9945 <br> Facsimile: (704) 335-0224 <br> spf@pr-lawfirm.com <br> dsr@pr-lawfirm.com <br> jpl@pr-lawfirm.com <br> *Attorneys for Plaintiff Ray Kifer, Jr.* | s/ Sean F. Perrin <br> Sean F. Perrin, NC Bar No. 22253 <br> **WOMBLE BOND DICKINSON(US) LLP** <br> 301 South College Street, Suite 3500 <br> Charlotte, NC 28202 <br> Telephone: (704) 331-4992 <br> Facsimile: (704) 338-7814 <br> Sean.perrin@wbd-us.com <br> *Attorney for Defendants Howell, Beam, Beam, Spencer, Williams and Crow* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof:

Sean Perrin
Sean.perrin@wbd-us.com
*Attorney for Defendants Howell, Beam, Beam, Spencer, Williams and Crow*

This 20th day of March 2025.

                                                  s/ Sonya Pfeiffer
                                                  SONYA PFEIFFER