IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-0039-DCK

| | |
|---|---|
| RAY KIFER, JR., <br><br>           Plaintiff, <br><br> v. <br><br> SCOTT HOWELL, et al., <br><br>           Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME the Parties, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and all other applicable law, by and through their undersigned counsel, and hereby stipulate and agree that all claims and causes of action in the matter are dismissed with prejudice, with each Party to bear its own fees and costs.

Respectfully submitted this the 28th day of March 2025.

s/ Sonya Pfeiffer
Sonya Pfeiffer, NC Bar No. 37300
David S. Rudolf, NC Bar No. 8587
Joseph Lattimore, NC Bar No. 46910
**PFEIFFER RUDOLF**
2137 South Boulevard, Suite 300
Charlotte, NC 28203
Telephone: (704) 333-9945
Facsimile: (704) 335-0224
spf@pr-lawfirm.com
dsr@pr-lawfirm.com
jpl@pr-lawfirm.com
*Attorneys for Plaintiff Ray Kifer, Jr.*

s/ Sean Perrin
Sean F. Perrin, NC Bar No. 22253
**WOMBLE BOND DICKINSON(US) LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202
Telephone: (704) 331-4992
Facsimile: (704) 338-7814
Sean.perrin@wbd-us.com
*Attorney for Defendants Howell, Beam, Beam, Spencer, Williams and Crow*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof:

Sean Perrin
Sean.perrin@wbd-us.com
*Attorney for Defendants Howell, Beam, Beam, Spencer, Williams and Crow*

This 28th day of March 2025.

s/ Sonya Pfeiffer
SONYA PFEIFFER